O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GUTIERREZ,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>RON BARNES, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 12-07873 GHK (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the First Interim Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the First Interim Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 11/4/12

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE