**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO GUTIERREZ, | CASE NO. CV 12-07873 GHK (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| RON BARNES, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of ARTURO GUTIERREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 1/12/14

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE